## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

MALAK BAALIM,                        )
                                     )
    Plaintiff,                       )
                                     )
    v.                               )     No.  4:25-cv-01354-RHH
                                     )
CHARLES JAMES, et al.,               )
                                     )
    Defendants.                      )

## <u>MEMORANDUM AND ORDER</u>

This matter is before the Court upon review of self-represented Plaintiff's handwritten "Notice of Petition," which the Court construes as a civil complaint. The complaint is defective because it has not been drafted on a Court-provided form. *See* E.D. Mo. L.R. 2.06(A) ("All actions brought by self-represented plaintiffs or petitioners should be filed on Court-provided forms"). Additionally, Plaintiff has neither paid the filing fee nor filed an application to proceed in district court without prepaying fees or costs. *See* 28 U.S.C. § 1915(a).

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail Plaintiff (1) a copy of the Court's civil rights complaint form and (2) a copy of the application to proceed in district court without prepaying fees or costs.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit the application to proceed in district court without prepaying fees or costs within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff must file an amended complaint on the Court-provided form within twenty-one (21) days of the date of this Order.

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice and without further notice to Plaintiff.

Dated this 12th day of September, 2025.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE