# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| MALAK BAALIM, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:25-cv-01354-RHH |
| ) | |
| CHARLES JAMES, et al., ) | |
| ) | |
| Defendants. ) | |

## OPINION, MEMORANDUM AND ORDER

This administratively closed case is before the Court on self-represented Plaintiff Malak Baalim's letter to the Court received on October 15, 2025, which the Court construes as a motion for voluntary dismissal.

On October 15, 2025, the Court administratively closed this action pending the final disposition of the criminal charges pending against Plaintiff in *State v. Cody*, No. 2422-CR02941-01. *See* Doc. 6. On that same day, the Court received Plaintiff's motion, seeking to voluntarily dismiss this action in exchange for "all prosecution against my person to be dropped and to issue my American National Passport I paid for." Doc. 7 at 1. The Court does not have jurisdiction in this closed civil case to order that any prosecutions against Plaintiff be dropped or to order the return of Plaintiff's passport. Therefore, the Court will deny the motion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's letter to the Court received October 15, 2025, which the Court construes as a motion for voluntary dismissal is **DENIED**.  Doc. [7]

Dated this 29th day of October, 2025.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE